UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| REGAL NAILS, SALON & SPA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 7:22-CV-112-REW-EBA |
| v. ) | |
| ) | JUDGMENT |
| HEN NGUYEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Opinion and Order entered this date, and pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, the Court **ADJUDGES** as follows:

1. The Court **GRANTS** Plaintiff's claims for declaratory judgment in DE 10;

2. The Court **ENTERS** default judgment against Defendant Nguyen as to all claims in DE 10 (Motion for Default Judgment), and as supplemented by DE 18 (Status Report). Thus, the Court awards Plaintiff judgment in the total amount of $88,110.08, plus judgment at the maximum legal rate allowed from the date of judgment until paid, per 28 U.S.C. § 1961; and

3. Judgment now being final, the Court **DIRECTS** the Clerk to strike this matter from the Court's active docket.

This the 1st day of September, 2023.



Signed By:
*Robert E. Wier*  /s/ REW
United States District Judge